## S08A0897. PERERA v. MILLER.
(662 SE2d 544)

SEARS, Chief Justice.

The appellant, Emily Perera, is the defendant in a pending murder case in Douglas County. She filed this pre-trial habeas action, contending that she was receiving ineffective assistance of trial counsel and that her constitutional right to a speedy trial had been violated. However, because Perera may raise these issues in the pending criminal action, she may not raise them pursuant to a petition for writ of habeas corpus.[1] For this reason, the habeas court did not err in dismissing Perera's petition without an evidentiary hearing.[2]

*Judgment affirmed. All the Justices concur.*

DECIDED JUNE 2, 2008.

Emily Perera, *pro se.*
*David McDade, District Attorney, James A. Dooley, Assistant District Attorney, Thurbert E. Baker, Attorney General*, for appellee.

---

[1] *Mungin v. St. Lawrence*, 281 Ga. 671 (641 SE2d 541) (2007); *Kearse v. Paulk*, 264 Ga. 509, 509-510 (448 SE2d 369) (1994).
[2] See *Mungin*, 281 Ga. 671 (where habeas court is able to determine from face of the petition that it is without merit, it may dismiss without a hearing).